# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:17-cv-00140-MR

| | |
|---|---|
| JAMES K. HONEYCUTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on August 7, 2017, seeking review of the Commissioner's denial of benefits. [Doc. 1]. Along with his Complaint, the Plaintiff filed an Application to proceed without having to prepay the costs associated with prosecuting the matter. [Doc. 2]. On August 8, 2017, the Court entered an Order denying the Plaintiff's Application and directing him to pay the $400.00 filing fee within thirty (30) days. [Doc. 3]. The Court specifically warned the Plaintiff that "[f]ailure to pay the required filing fee will result in the dismissal of this action." [Id. at 2].

More than thirty days have passed since the entry of the Court's Order and the Plaintiff has not paid the required filing fee. Accordingly, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 11, 2017

Martin Reidinger
United States District Judge